3 So.2d 924
**Carey LEE v. STATE.**
**6 Div. 758.**

Court of Appeals of Alabama.
May 20, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

11 So.2d 170
**Jack LEVEAN v. STATE.**
**4 Div. 746.**

Court of Appeals of Alabama.
Nov. 24, 1942.

Roy L. Smith, of Phenix City, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

1 So.2d 45
**Zora (alias Goat) LINTON v. STATE.**
**4 Div. 634.**

Court of Appeals of Alabama.
Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 171
**Roosevelt (alias Simon) LONG v. STATE.**
**7 Div. 693.**

Court of Appeals of Alabama.
Nov. 10, 1942.

Earle Montgomery, of Talladega, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

8 So.2d 225
**Hasen, alias Hasten, LUCAS v. STATE.**
**5 Div. 153.**

Court of Appeals of Alabama.
April 21, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.